UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| HENRY LEE WASHINGTON | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**David M. Stewart** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT David M. Stewart** be granted leave of absence for the following periods: **July 18, 2016 through August 3, 2016.**

This 20th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia