ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR115-077-07 |
| | ) | |
| HENRY LEE WASHINGTON | | |

## ORDER

The defendant, Henry Lee Washington, is in the custody of the Bureau of Prisons.

Surety, Jennifer Sapp, has requested the return of the $2,500.00 cash security posted on the defendant's $22,500.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Jennifer Sapp for this defendant, plus all accrued interest thereon, be returned to: Jennifer Sapp at 210 Fowler St., Swainsboro, GA 30401.

This 1ST day of September, 2016 at Augusta, Georgia.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA